IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIANNE E. LATTAL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:09-CV-1865-GET-CCH |
| NATIONWIDE CREDIT, INC., | : |
| | : |
| Defendant. | : |
| | : |

# **O R D E R**

A review of the docket in this action reveals that the Joint Preliminary Report and Discovery Plan has not been timely filed. The docket indicates that Defendant Nationwide Credit, Inc. filed an Answer [2] on August 4, 2009. Pursuant to Local Rule 16.2, the Joint Preliminary Report and Discovery Plan must be filed within thirty (30) days after the first appearance of a defendant by answer or motion or within thirty (30) days after a removed case is filed in this court. LR 16.2, NDGa, App. B.

Accordingly, the parties are hereby **ORDERED** to file the Joint Preliminary Report and Discovery Plan within **eleven (11) days** from the date of this Order. The parties are notified that a failure to do so may result in a recommendation that sanctions be imposed, including dismissal of the case or entry of default judgment.

See LR 16.5 and 41.3, NDGa; Fed. R. Civ. P. 41(b). The parties are advised to abide by the Federal Rules of Civil Procedure and the Local Rules of this Court in the future.

IT IS SO ORDERED this 29th day of September, 2009.

$_____$
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE